**Karol Kocimski, Appellee, v. Yellow Cab Company, a Corporation, et al., Defendants.**
**On Appeal of Yellow Cab Company, a Corporation, Appellant.**

**Gen. No. 49,044.**

First District, Third Division.

January 9, 1964.

Jesmer and Harris, of Chicago (Julius Jesmer and Henry W. McGee, Jr., of counsel), for appellant; Goldberg, Levinson, Komie & Friedman, all of Chicago (William Levinson and Lowell B. Komie, of counsel), for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.